# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2018

156126 & (21)(27)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DANIEL RAY MIX,
     Defendant-Appellant.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156126
COA: 337736
Jackson CC: 11-004297-FC

On order of the Court, the application for leave to appeal the June 13, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand are DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2018

Clerk

d0521